IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMANUEL ADEYINKA,<br>Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 18-CV-4897 |
| HOWARD S. LOMAX, *et al.*,<br>Defendant. | :<br>:<br>: |

**ORDER**

AND NOW, this 27th day of November, 2018, upon consideration of *pro se* Plaintiff Emmanuel Adeyinka's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice** as frivolous and for failure to state a claim for relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons set forth in the Court's Memorandum. Adeyinka may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*Petrese B. Tucker*
**PETRESE B. TUCKER, J.**